UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO EUGENE LYMORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BARBRAH SONTIOGE, FBI Agent,<br><br>　　　　Defendant(s). | Case No. 22-cv-00146-CRB  (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　On January 24, 2022, the post office returned the court's mail to plaintiff as undeliverable because plaintiff is "not in custody" at the Maguire Correctional Facility in Redwood City, California. ECF No. 8 at 1. Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

　　The clerk is instructed to close the file and terminate all pending motions as moot.

　　**IT IS SO ORDERED**.

Dated: March 28, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge